# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No: | 17-23673 |
|---|---|---|---|
| Marlene Toney | ) | | |
| Debtor | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Donald R. Cassling |

## NOTICE OF MOTION

**To:**    Marlene Toney, 14912 S Wabash, Dolton, IL, 60419

Tom Vaughn, 55 E. Monroe St. #3850, Chicago, IL, 60603

Office of the US Trustee, 219 S. Dearborn, Suite 873, Chicago, IL 60604

SEE ATTACHED SERVICE LIST OF ALL CREDITORS

**PLEASE TAKE NOTICE** that on **June 4, 2020 at 9:30 a.m.** I shall appear before the Honorable Judge **Donald R. Cassling** at 219 S. Dearborn St, Courtroom 619, Chicago IL 60604 and then and there present the attached **MOTION TO MODIFY CONFIRMED PLAN**, a copy of which is attached hereto. A party who objects to this motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.

**By:**    */s/ Kyle Dallmann*
Kyle Dallmann

## CERTIFICATE OF SERVICE

I, Kyle Dallmann, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, for 55 E. Monroe, Suite 3400, Chicago, Illinois, on 5/14/2020.

**By:**    */s/Kyle Dallmann*
Kyle Dallmann

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800   (Fax):   877.247.1960

AAA Checkmate LLC

7647 W. 63rd St.
Summit IL 60501

Americash

3200 W. 159th St.
Markham IL 60426

Clerk, First Mun Div
10 M1 146828
50 W. Washington St., Rm. 1001
Chicago IL 60602

Kimberly J. Weissman
10 M1 146828
633 Skokie Blvd. #400
Northbrook IL 60062

ARS Account Resolution
Attn: Bankruptcy Dept.
1643 Harrison Pkwy Ste 1
Sunrise FL 33323

Automotive Credit CORP
Attn: Bankruptcy Dept.
26261 Evergreen Rd Ste 3
Southfield MI 48076

Brother Loan & Finance Co.
Bankruptcy Department
7621 W. 63rd St.
Summit IL 60501

City of Chicago Bureau Parking
Bankruptcy Dept/City Clerk
121 N. LaSalle St
Room 107
Chicago IL 60602

Arnold Scott Harris PC
Bankruptcy Dept.
111 W Jackson Blvd Ste 600
Chicago IL 60604

Commonwealth Edison
Attn: System Credit/BK Dept
3 Lincoln Center 4th Floor
Oakbrook Terrace IL 60181

Credit Protection Assoc
Bankruptcy Department13355 Noel Rd Ste. 2100
Dallas TX 75240

Credit Acceptance
Bankruptcy Dept.
4590 East Broad Street
Columbus OH 43213

Clerk, First Mun Div
10 M1 164945
50 W. Washington St., Rm. 1001
Chicago IL 60602

Baker & Miller
10 M1 164945
29 N. Wacker Dr.
Chicago IL 60603

Credit ONE BANK N.A.
C/O Midland Funding
2365 Northside Dr Ste 30
San Diego CA 92108

MCM
Bankruptcy Department2365
Northside Drive
San Diego CA 92108

Credit ONE BANK NA
Attn: Bankruptcy Dept.
Po Box 98875
Las Vegas NV 89193

Derek Skinner

9049 S. Aberdeen
Chicago IL 60620

Equifax
Attn: Bankruptcy Dept.
PO Box 740241
Atlanta GA 30374

Experian
Attn: Bankruptcy Dept.
PO Box 2002
Allen TX 75013

First Premier BANK
Attn: Bankruptcy Dept.
601 S Minnesota Ave
Sioux Falls SD 57104

Asset Acceptance LLC
Bankruptcy DepartmentPO Box 2036
Warren MI 48090

Horseshoe Hammond
C/O Trident Asset Manageme
53 Perimeter Ctr E Ste 4
Atlanta GA 30346

Illinois State Toll Hwy Auth
Attn: Legal Dept - Bob Lane
2700 Ogden Ave.
Downers Grove IL 60515-1703

Ingalls Memorial Hospital
Bankruptcy Dept
10024 Skokie Blvd
Skokie IL 60077

Vision Financial Services
Bankruptcy Department555
Michigan Ave Ste 204
LaPorte IN 46350

IRS Priority Debt
Bankruptcy Dept.
PO Box 7346
Philadelphia PA 19101

Maroon Financial Credi
Attn: Bankruptcy Dept.
5525 S Ellis Ave Ste C
Chicago IL 60637

Opportunity Financial
Bankruptcy Department
11 E. Adams St.
Chicago IL 60603

Secretary of State
Attn: Safety & Financial Resp
2701 S. Dirksen Pkwy.
Springfield IL 62723

Seventh Ave

1112 7th Ave
Monroe WI 53566

Creditors Bankruptcy Service
Bankruptcy DepartmentPO Box 740933
Dallas TX 75374

T-Mobile
Bankruptcy Department
PO Box 742596
Cincinnati OH 45274-2596

American InfoSource
Bankruptcy DepartmentPO Box 248848
Oklahoma City OK 73124

Transunion
Attn: Bankruptcy Dept.
PO Box 1000
Chester PA 19022

US Cellular
Bankruptcy Department
PO Box 7835
Madison WI 53707-7835

AMO Recoveries
Bankruptcy Department6737 W. Washington St #3118
West Allis WI 53214

American InfoSource
Bankruptcy DepartmentPO Box 248838
Oklahoma City OK 73124

Verizon Wireless
Attn: Bankruptcy Dept.
Po Box 650051
Dallas TX 75265

Village of South Holland

16226 Wausau Ave
South Holland IL 60473

Penn Credit Corp
Bankruptcy DepartmentPO Box 988
Harrisburg PA 17108

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No: | 17-23673 |
| --- | --- | --- | --- |
|    Marlene Toney | ) | | |
|       Debtor | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | Donald R. Cassling |

## MOTION TO MODIFY CONFIRMED PLAN

NOW COMES the Debtor, Ms. Marlene Toney (the "Debtor"), by and through her attorneys, Geraci Law L.L.C., to present her **MOTION TO MODIFY CONFIRMED PLAN,** and states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b)(2).

2. The Debtor filed her Petition for Relief and plan under Chapter 13 of the U.S. Bankruptcy Act on 08/08/2017.

3. The Debtor's plan was confirmed by the Court on 09/28/2017.

4. The Debtor fell behind on her Chapter 13 payments because she was off work to care for her mother.

5. The Debtor has returned to work and has resumed plan payments but is unable to cure the default.

6. For the reasons stated above, it is necessary for the successful completion of the Debtor's plan to defer the arrears to the end of the plan term.

WHEREFORE THE DEBTOR, Ms. Marlene Toney, respectfully requests this Honorable Court enter an order:

1. Deferring arrears to the end of the plan term.

2. Any other relief the court deems proper.

**By:**   ____*/s/ Kyle Dallmann*__
Kyle Dallmann

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800  (Fax):  877.247.1960